| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:95CR22-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| Andre Dennard Huggins 1750 N. Congress Ave., Apt. C-110 West Palm Beach, FL 33401 | NAME OF SENTENCING JUDGE Maurice M. Paul | |
| | DATES OF SUPERVISED RELEASE: | FROM February 21, 2003 — TO February 20, 2008 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine Base, 21 U.S.C. §§841(a)(1)(A)(iii) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*February 23, 2006*
Date

*[signature]*
Senior United States District Judge
Maurice M. Paul

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/1/06
Effective Date

*[signature]*
United States District Judge

FILED 06 MAY 31 PM 4:04